EMMA FRIEDMAN, Respondent, v. DAVID FRIEDMAN, Appellant.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Application of LOUIS F. PRICE for an Order Directing Hon. HENRY BRUCKNER, President of the Borough of The Bronx, to Remove an Obstruction at the Easterly End of Ditmars Street (a Public Street), City Island, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

NEW AMSTERDAM HOLDING COMPANY, Respondent, v. HENRY C. COPELAND, Defendant, Impleaded with Z. & Z. BAKERY & RESTAURANT, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ARSEEKAY SYNDICATE, INC., Appellant, v. IRWINESSI HOLDING CORPORATION and Others, Defendants, Impleaded with EMANUEL B. MORGENSTERN, Respondent.— Order affirmed, with ten dollars costs and disbursements, without prejudice to plaintiff's right to a suit at law against defendant Morgenstern on the note. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EDWARD ENDELMAN, Appellant, v. TATUM BROS. COMPANY, a Foreign Corporation Organized under the Laws of the State of Florida, and Others, Respondents — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

JOSEPH SILBERSTEIN and Others, Appellants, v. VIVIAN GREEN, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted in toto. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

DINA MILLER, Appellant, v. SIDNEY MILLER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. ROTTERDAMSCHE BANKVEREENIGING, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

WILLIAM BELL, Respondent, v. WHITEHALL SOUTH, INC., and MAYBORO CORPORATION, Defendants, Impleaded with WHITEHALL THEATRE, INC., Appellant.— Order affirmed as to defendant Whitehall Theatre, Inc., with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.